# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AHMED ALOMARI AND MCM CONSULTING,<br><br>Defendants. | Case No. 1:24-cv-00172-JJM-AEM |

## UNOPPOSED MOTION FOR SCHEDULING ORDER

The parties have met and conferred pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26.1(a) of the United States District Court for the District of Rhode Island and have discussed the matters specified in those rules. Defendants hereby move this Court to modify the existing schedule with the Proposed Scheduling Order, attached hereto as **Exhibit A**. Plaintiff Securities and Exchange Commission does not oppose the modification of the attached schedule.

Dated: August 1, 2025

Defendants,

AHMED ALOMARI & MCM CONSULTING,
By its Attorneys,

*/s/ Daniel J. Procaccini*
Daniel J. Procaccini (#8552)
Lucas Spremulli (#10418)
Adler Pollock & Sheehan P.C.
100 Westminster Street, 16th Floor
Providence, RI 02903
Tel: (401)274-7200
Fax: (401)751-0604
dprocaccini@apslaw.com
lspremulli@apslaw.com

Eric S. Rosen (*Pro Hac Vice*)
DYNAMIS LLP
175 Federal St., Suite 1200
Boston, MA 02110
Tel: (646) 541-8484
Email: erosen@dynamisllp.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I filed the within document via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF System to counsel of record on this 1st day of August 2025.

*/s/ Lucas G. Spremulli*