# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AHMED ALOMARI AND MCM CONSULTING,<br><br>Defendants. | Case No. 1:24-cv-00172-JJM-AEM |

## [PROPOSED] SCHEDULING ORDER

**WHEREAS**, the parties have met and conferred pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26.1(a) of the United States District Court for the District of Rhode Island, and have discussed the matters specified in those rules:

**IT IS HEREBY ORDERED** that the following schedule shall govern the proceedings in this case:

1. Mr. Alomari's Responses to Requests for Admissions are due by October 31, 2025.

2. 30(b)(6) Depositions to be completed by November 30, 2025.

3. Deposition of Ahmed Alomari to be completed by December 31, 2025.

4. All fact discovery must be completed by February 27, 2026.

5. SEC's Expert Disclosures are due by March 27, 2026,

6. Defendant's Expert Disclosures are due by April 24, 2026.

7. All expert discovery must be completed by May 22, 2026.

8. Dispositive Motions must be filed by June 26, 2026.

**SO ORDERED.**

_____
HON. JOHN J. MCCONNELL
UNITED STATES DISTRICT JUDGE