# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, </br></br> Plaintiff, </br></br> v. </br></br> AHMED ALOMARI and </br> MCM CONSULTING, </br></br> Defendants. | ) </br> ) </br> ) Case No. 1:24-cv-00172-JJM-AEM </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## PLAINTIFF'S STATUS REPORT RELATING TO ITS MOTION TO COMPEL DOCUMENT AND DEPOSITION DISCOVERY FROM <u>NON-PARTY TAAT GLOBAL ALTERNATIVES, INC.</u>

On September 30, 2025, Plaintiff Securities and Exchange Commission (the "Commission") filed a motion seeking to compel document and deposition discovery from non-party TAAT Global Alternatives, Inc. ("TAAT Global"). *See* Dkt. No. 45. That motion was referred to Magistrate Judge Moses on October 1, 2025.

On October 6, 2025, TAAT Global, through counsel, produced documents responsive to the Commission's subpoena. The parties are further engaged in productive discussions that will likely resolve outstanding issues related to the Commission's deposition subpoena served on TAAT Global. Accordingly, the Commission withdraws its motion to compel (Dkt. No. 45) subject to its renewal if the parties are unable to reach complete agreement concerning TAAT Global's compliance with the deposition subpoena.

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

 /s/ *Jonathan T. Menitove*
Kathleen Burdette Shields (Mass. Bar. No. 637438)
Jonathan T. Menitove (Mass. Bar. No. 710545)
Alexandra B. Lavin (Mass. Bar. No. 687785)
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8904 (Shields)
(617) 573-4565 (Menitove)
ShieldsKa@sec.gov
MenitoveJ@sec.gov

Dated: October 14, 2025

## **CERTIFICATE OF SERVICE**

      I, Jonathan T. Menitove, hereby certify that on October 14, 2025, I caused a true copy of the forgoing document to be filed through the ECF system, and, accordingly, the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      I also served a copy of the foregoing document via email on counsel for TAAT Global Alternatives, Inc.:

William Weinreb, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
billweinreb@quinnemanuel.com


                                       */s/ Jonathan T. Menitove*
                                       Jonathan T. Menitove